ion. Application denied, with $10 costs. Order signed.

---

BROOKLYN HEIGHTS R. CO., Respondent, v. BROOKLYN CITY R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by the Brooklyn Heights Railroad Company against the Brooklyn City Railroad Company. PER CURIAM. Motion to resettle order granted, by making the second paragraph thereof read as follows: "Unanimously ordered and adjudged that the judgment so appealed from be and the same is hereby unanimously affirmed, except as to the findings that Hollins & Co. on the 14th day of February, 1903, were the owners of all of the capital stock of the plaintiff; that there had been a general examination of all of the accounts, so as to make possible an accurate statement showing the respective indebtedness of the companies to each other; that interest should be awarded from September 1, 1894, amounting to $1,616,680.15; and that September 1, 1894, was the date prior to which $1,740,258.38 over and above expenditures for which the plaintiff had been reimbursed by the defendant, had been expended by the plaintiff—without costs to either party in this court." See, also, 151 App. Div. 465, 135 N. Y. Supp. 990.

---

BUENTE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Charles F. Buente against Matthew G. Collins. G. Glenn, of New York City, for appellant. Moses Cohen, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 929, 135 N. Y. Supp. 1102.

---

BURGGRAF v. CITY OF NEW YORK (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by John B. Burggraf against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

---

In re BURKE. (Supreme Court, Appellate Division, First Department. January 31, 1913.) In the matter of William J. Burke, an attorney. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 150 App. Div. 899, 134 N. Y. Supp. 1127.

---

BURNETT, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Miner Burnett against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs.

---

BUTCHER v. COLE et al. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Judson W. Butcher against Harrison D. Cole and another, impleaded with others. No opinion. Judgment affirmed, with costs.

---

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 31, 1913.) In the matter of the City of New York. PER CURIAM. Application granted. Order filed. DOWLING, J., dissents.

---

In re BUTLER AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the application of the City of New York, etc., as to opening and extending Butler avenue, etc. From the order, the Wood-Harmon Richmond Realty Company appeals. No opinion. Order affirmed, with $10 costs and disbursements.

---

CAIN, Respondent, v. THOMPSON–STARRETT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Neri Cain against the Thompson-Starrett Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 138 N. Y. Supp. 472) denied. See, also, 139 N. Y. Supp. 1118.

---

CAIN, Respondent, v. THOMPSON–STARRETT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Neri Cain against the Thompson-Starrett Company. No opinion. Motion for reargument (of 138 N. Y. Supp. 472) denied, without costs. See, also, 139 N. Y. Supp. 1118.

---

CALENDO, et al., Respondents, v. FLEMING, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Vincenzo Calendo and another against William H. Fleming. No opinion. Motion denied, on condition that appellant perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

CANAVAN BROS. CO., Respondent, v. BENDHEIM et al., Appellants. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Canavan Bros. Company against Adolph M. Bendheim and others. A. Freyer, of New York City, for appellants. F. Nevius, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 App. Div. 894, 132 N. Y. Supp. 1123.

---

CAPSUTO, Respondent, v. FISHER, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1913.)